

Reset Form    **UNITED STATES DISTRICT COURT**    Print Form
**CENTRAL DISTRICT OF CALIFORNIA**

**F I L E D**
CLERK, U.S. DISTRICT COURT
05/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AH _____ DEPUTY

## CASE SUMMARY

Case Number: 2:26-cr-120-AB          Defendant Number: 1

U.S.A. v. Ethan Komiti               Year of Birth: 2005

☐ Indictment    ☑ Information    Investigative agency (FBI, DEA, etc.): HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense: 2/17/2026

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles    ☐ Ventura

☐ Orange    ☐ Santa Barbara

☐ Riverside    ☐ San Luis Obispo

☐ San Bernardino    ☐ Other _____

Citation of Offense: 18 U.S.C. § 554(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

■ No    ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 2/19/2026

Case Number: 2:26-mj-00939-DUTY

Assigned Judge: Duty Magistrate Judge

Charging: 18 USC § 841(a)(1), (b)(1)(A)(viii)

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?    ☐ No    ■ Yes

IF YES, provide Name: Elena Rose Sandowsky

Phone Number: 213-894-0081

Designation:    ☑ DFPD    ☐ CJA    ☐ Retained

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information

☐ **Yes***    ■ **No**

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ **Yes***    ■ **No**

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ■ No

This is the 1st superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

☑ is still pending before Judge/Magistrate Judge

The Honorable Andre Birotte Jr

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ **Yes***    ■ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ **Yes***    ■ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes    ■ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?    ☐ YES    ☒ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male          ☐ Female

☐ U.S. Citizen    ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☒ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues       ☐ mail/wire fraud

☐ narcotics offenses         ☐ immigration offenses

☐ violent crimes/firearms     ☐ corporate fraud

☑ Other    smuggling  _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  2/18/2026

b. Posted bond at complaint level on:  _____

in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☑ Federal

b. Name of Institution:    MDC

c. If Federal, U.S. Marshals Service Registration Number:
31264-506

d. ☑ Solely on this charge.  Date and time of arrest:
2/18/2026

e. On another conviction:    ☐ Yes    ☐ No

IF YES :    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No

IF YES :    ☐ State    ☐ Federal    AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date  05/18/2026

_____
Signature of Assistant U.S. Attorney

Sebastian Bellm
_____
Print Name