UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No.: | 2:26-cr-00120-AB | Date: | May 22, 2026 |
|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Interpreter | N/A |

| Evelyn Chun | Lidia Perez | Sebastian Bellm<br>Alexander Drutis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ethan Komiti | √ | √ | | Elena Rose Sadowsky, DFPD | √ | | √ |

**Proceedings:    ARRAIGNMENT ON FIRST SUPERSEDING INFORMATION; AND CHANGE OF PLEA (Held and Completed)**

The matter is called for hearing.

Defendant is arraigned and states true name.

Defendant is given a copy of the First Superseding Information having been read and waives reading.

Waiver of Indictment submitted, is accepted by the court, and filed.

Defendant moves to change plea to Count One of the First Superseding Information.

Defendant now enters a new and different plea of Guilty to Count One of the First Superseding Information.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court continues the matter to June 24, 2026 at 11:00 a.m., for sentencing.

The Court vacates the Jury Trial date and Status Conference date.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

The Court grants the Defendant's request to waive presentence report entirely.  Defendant's sentencing papers will be due on or before June 12, 2026 and Government's sentencing papers will be due on or before June 19, 2026.

cc:     USPPO

|  | 38 |
|---|---|
| Initials of Deputy Clerk    EVC | |