# Exhibit B



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

**CASE NUMBER**

████████████████

**CASE OPENED**
2/20/2026

**CURRENT CASE TITLE**
Ethan KOMITI et al.

**REPORT TITLE**
Methamphetamine Lab Results

**REPORTED BY**
Steven Low

SPECIAL AGENT

**APPROVED BY**
Henry Blackwell

SPECIAL AGENT

**DATE APPROVED**
4/20/2026

## SYNOPSIS

On February 17, 2026, Homeland Security Investigations (HSI) Los Angeles Airport (LAX) received a duty call from the U.S. Customs and Border Protection (CBP). CBP conducted an examination of Ethan KOMITI and his checked bags and personal belongings. Upon inspection, CBPOs found approximately 17.74 kgs of methamphetamine in KOMITI's luggage. This case will document the investigation of the transnational criminal organization behind the drug smuggling.

On or about March 2, 2026, Custom and border Protection (CBP) Forensic Laboratory provided Special Agent (SA) Steven Low with Laboratory Report: LA20260186 detailing the results of Controlled Substance Exam. This Report of Investigation (ROI) will document the information gained from Laboratory Report: LA20260165.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ethan KOMITI et al. | ██████████-011 | 4/20/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_00000147



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

04/20/2026 14:06 EDT                                                                                    Page 2 of 3

## DETAILS OF INVESTIGATION

On or about February 18, 2026, Homeland Security Investigations (HSI) seized approximately 17.74 kgs of methamphetamine from a piece of luggage that was checked under Ethan KOMITI's name (see FP&F: 2026272000107201 for seizure details).

On February 23, 2026, HSI Special Agent (SA) Steven Low took a sample of the methamphetamine found in KOMITIT's luggage to the Customs and Border Protection Laboratory located at 3265 Lakewood Blvd, Long Beach, United States for a Controlled Substance Exam (as noted on DHS Form 6051s attached to FP&F: 2026272000107201_0002 in SEACATS).

On or about March 2, 2026, CBP Forensic Laboratory provided HSI Special Agent (SA) Steven Low with Laboratory Report: LA20260186.  Below is a summary of the information detailed in Laboratory Report: LA20260165:

**Narrative:**

The exhibit consisted of a sealed evidence bag (SEB) "L3895231" contained a large, cut-through black vacuum seal bag, which in turn held a second vacuum seal bag with crystalline material.

- Initial Net Weight: 1783.51 ± 0.12g
- Remaining Net Weight: 1763.41 ± 0.12 g
- Sampling: A small portion of the homogenized powder was analyzed.
- Substance(s) Identified: Methamphetamine Hydrochloride (HCl) (Schedule II)
- Purity: 99.8% ± 1.7% Methamphetamine HCl by weight
- Method(s) used: ASTM E1252, USP 761, CBPL FO-19, USP 1251, ASTM E2329

Comments:

The net weight uncertainty value and Methamphetamine HCl purity uncertainty value represent an expanded uncertainty estimated at the 95.45% level of confidence, k=2.

The remaining sample will be returned in SEB "L4593085" to the submitting office.

3.00 ± 0.10 g of sample was removed for a special program.

Date(s) of laboratory activities performed: 02/24/2026–02/25/2026

**Initial Sample Weight: 1783.51 ± 0.12 grams * Purity: .998 = 1,779.82 – 1,780.06 grams of pure meth in the sample.**

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ethan KOMITI et al. | ██████████████-011 | 4/20/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_00000148




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

04/20/2026 14:06 EDT

Investigation Continues.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ethan KOMITI et al. | ███████████-011 | 4/20/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_00000149