# Exhibit C
# [FILED MANUALLY]