# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING

| Case No.: | 2:26-cr-00120-AB | Date: | June 24, 2026 |
|---|---|---|---|

**Present: The Honorable** **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Evelyn Chun | Lidia Perez | Sebastian Bellm |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ethan Komiti | √ | √ | | Elena R. Sadowsky, DFPD | √ | √ | |

**Proceedings:**    **SENTENCING (Non-Evidentiary) (HELD AND COMPLETED)**

Refer to separate Judgment Order.

Defendant informed of right to appeal.

Government's motion to dismiss remaining counts of the Indictment is granted.

cc:    USPPO

| | : | 32 |
|---|---|---|
| Initials of Deputy Clerk | evc | |